IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL UNION NO. 3, AFL-CIO, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br> LARRY WILLIAM MANSHACK, dba "TOWN AND COUNTRY TILE COMPANY,"<br><br>      Defendant.<br>_____/ | No. C 05-03245 CRB<br><br>**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT** |

   In this action, plaintiffs seek an order requiring defendant to permit plaintiffs to review and audit defendant's payroll and other relevant records. Now pending before the Court is plaintiffs' motion for a default judgment. Despite being given notice of the motion, defendant has not filed a response or otherwise communicated with the Court. After carefully considering plaintiffs' moving papers, the Court concludes that oral argument is unnecessary, see Local Rule 7-1(b), and GRANTS plaintiffs' motion.

   Defendant is a signatory to a collective bargaining agreement ("cba") which permits plaintiffs to review and audit defendant's payroll and other relevant records for the purpose of determining whether defendant had paid all benefits as required by the cba. The cba also provides that if a signatory employer fails to permit such audit, the employer shall be liable

for the costs and fees incurred by plaintiffs in obtaining the audit.

From January 1, 2002 through December 31, 2004, defendant failed to permit plaintiffs to audit his payroll and other relevant records.  Defendant's failure compelled plaintiffs to initiate this lawsuit to enforce their audit rights.  Plaintiffs have incurred $3,422.50 in attorneys' fees and costs in enforcing their right to an audit.

Although defendant was personally served with the complaint in this action he did not file an answer and he has failed to otherwise respond to the complaint.  In November 2005, the Court entered his default.  He has also failed to respond to the motion for a default judgment.

Accordingly, plaintiffs' motion for a default judgment is GRANTED.  Defendant Larry William Manshack is directed to submit to an audit by delivering to plaintiff, within 14 days of service of this judgment and order, all payroll and employment-related records of Larry William Manshack, dba "Town and Country Tile Company" for the period from January 1, 2002 through December 31, 2004.  Defendant shall also pay plaintiffs $3,422.50 as costs incurred by plaintiffs in enforcing their audit rights.

**IT IS SO ORDERED.**

Dated: February 14, 2006

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE